AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RYAN GENE CARTER,

            Petitioner,

v.

           **JUDGMENT IN A CIVIL CASE**

           CASE NUMBER:  **3:14-cv-00040-RCJ-VPC**

ROBERT LeGRAND, et al.,

           Respondent(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Reconsider (ECF No. 24) is **granted,** and the Amended Petition is **dismissed.**

September 21, 2016                    **LANCE S. WILSON**
                                         Clerk

                                         /s/ K. Rusin
                                         Deputy Clerk